John B. Mays and Christine B. Mays, his wife, and James F. Tucker and Virginia H. Tucker, his wife, Appellants, vs. H. B. Hines, Appellee.

Appeal from Circuit Court, Jefferson county; John W. Malone, Judge.

Angus Paterson, for Appellants.

T. L. Clark, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.